689 A.2d 728

IN THE MATTER OF DWAYNE C. VAUGHN,
AN ATTORNEY AT LAW.

March 25, 1997.

## ORDER

The Disciplinary Review Board on December 27, 1996, having filed with the Court its decision concluding that **DWAYNE C. VAUGHN** of **NEWARK**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4 (failure to communicate), and good cause appearing;

It is ORDERED that **DWAYNE C. VAUGHN** is hereby repri-
manded; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs incurred in
the prosecution of this matter.